**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

KAMAL NAWEED WASIQ,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
JOSEPH B. EDLOW,
*Director of USCIS*, and
ROSE M. KENDRICK,
*Director of the USCIS National Benefits Center*,

Defendants.

Civil Action No. 26-2383-TDC

**ORDER**

Plaintiff Kamal Naweed Wasiq has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 10. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date: August 28, 2026

THEODORE D. CHUANG
United States District Judge